UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                            :
HOMELAND INSURANCE COMPANY OF                               :
DELAWARE,                                                    :
                                                            :
                            Plaintiff,                       :
                                                            :                25 Civ. 864 (JPC)
            -v-                                              :
                                                            :                ORDER
DEBORAH O'HARA-RUSCKOWSKI.,                                  :
                                                            :
                            Defendant.                       :
                                                            :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Counsel for all parties are ordered to appear before the undersigned for a conference on December 18, 2025, at 10:30 a.m.  The conference will be held in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.  Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

No later than seven days prior to the conference, the parties shall submit a joint letter about the status of the litigation in *Avodah Farms v. Deborah O'Hara-Rusckowski*, No. 24 Civ. 233 (NYW) (CYC) (D. Colo.) (the "Colorado litigation").  In particular, the parties should explain whether Plaintiff is still defending Defendant in the Colorado litigation.  The parties also should provide their respective positions on how the Honorable Nina Y. Wang's decision granting in part and denying in part Deborah O'Hara-Rusckowski's motions to dismiss the Complaint in the Colorado litigation, *see Avodah Farms*, 2025 WL 1676509 (D. Colo. June 13, 2025), and the filing of Deborah O'Hara-Rusckowski's Answer in the Colorado litigation, *see Avodah Farms*, Dkt. 122, impact Defendant's pending motion to dismiss in this case, *see* Dkt. 27.

By seven days prior to the conference, the parties shall also submit to the Court a proposed

case management plan and scheduling order, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

In accordance with the Court's Individual Rules and Practices for Civil Cases, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours (*i.e.*, two business days) before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

SO ORDERED.

Dated: December 8, 2025
      New York, New York

                    JOHN P. CRONAN
                    United States District Judge