UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                    :
HOMELAND INSURANCE COMPANY OF                       :
DELAWARE,                                           :
                                                    :
                                                    :
                      Plaintiff,                    :
                                                    :          25 Civ. 864 (JPC)
        -v-                                         :
                                                    :          ORDER
DEBORAH O'HARA-RUSCKOWSKI.,                          :
                                                    :
                      Defendant.                    :
                                                    :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

As discussed at yesterday's conference, the Court grants Defendant leave to file an Amended Complaint by January 9, 2026.  Defendant's motion to dismiss, Dkt. 27, is denied without prejudice.

By January 16, 2026, Defendant should file a status letter indicating whether she intends to move to dismiss the Amended Complaint or file an Answer.  If Defendant intends to file an Answer, the parties should by January 30, 2026, file a joint letter updating the Court about the status of the litigation in *Avodah Farms v. Deborah O'Hara-Rusckowski*, No. 24 Civ. 233 (NYW) (CYC) (D. Colo.) (the "Colorado litigation"), and proposing a phased discovery schedule, *see* Fed. R. Civ. P. 26(f)(3)(B), wherein the first phase of discovery would focus exclusively on whether Defendant is asserting in the Colorado litigation that she acted in her capacity as an employee.

The Clerk of Court is respectfully directed to close Docket Number 27.

SO ORDERED.

Dated: December 19, 2025
       New York, New York
                                        _____
                                              JOHN P. CRONAN
                                            United States District Judge