UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                :

HOMELAND INSURANCE COMPANY OF
DELAWARE,

                 Plaintiff,

            -v-

DEBORAH O'HARA-RUSCKOWSKI.,

             Defendant.

----------------------------------------------------------------------X

25 Civ. 864 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

      Counsel for all parties are ordered to appear before the undersigned for a conference on February 19, 2026, at 3:00 p.m. to discuss O'Hara-Rusckowski's premotion letter and next steps in this case.  The conference will be held on Webex.  At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

      SO ORDERED.

Dated: February 3, 2026
      New York, New York

                                   JOHN P. CRONAN
                          United States District Judge