

**Driving progress
through partnership**

**Mark E. Bini**
Direct Phone: +1 212 549 0296
Email: mbini@reedsmith.com

**Christopher R. Mosley**
Direct Phone: +1 303 552 3818
Email: cmosley@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

April 30, 2026

**By ECF and Electronic Mail (*CronanNYSDChambers@nysd.uscourts.gov*)**

Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Homeland Insurance Company of Delaware v. Deborah O'Hara-Rusckowski*,
         Case No. 1:25-cv-00864

Dear Judge Cronan:

We represent Defendant Deborah O'Hara-Rusckowski ("O'Hara-Rusckowski") in the above-referenced matter. We write, pursuant to Section 3.B of Your Honor's Individual Practices, to respectfully request that this Court extend the time for O'Hara-Rusckowski to file her brief in further support of her Motion for Partial Summary Judgment, or in the Alternative, to Stay and in Opposition to Plaintiff Homeland Insurance Company of Delaware's ("Homeland") Cross Motion for Partial Summary Judgment from May 4, 2026 to May 11, 2026. O'Hara-Rusckowski also respectfully requests that this Court extend the time for Homeland to file its brief in further support of its Cross Motion from May 18, 2026 to May 27, 2026. We request these short one (1) week extensions of these deadlines to accommodate travel schedules and in light of the upcoming holiday weekend.

Counsel for Homeland has consented to these requested extensions of time. These extensions will not affect any other scheduled dates or deadlines because no other dates or deadlines have been scheduled by this Court.

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT
HONG KONG ♦ HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-205217107.6-JCVILA 04/30/2026 12:47 PM



Thank you in advance for Your Honor's consideration of and attention to this request.

Respectfully submitted,

Christopher R. Mosley (admitted *pro hac vice*)
Mark E. Bini

cc:    All Counsel of Record (*Via ECF & Electronic Mail*)