UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF DELAWARE,<br><br>Plaintiff,<br><br>-v-<br><br>DEBORAH O'HARA-RUSCKOWSKI.,<br><br>Defendant. | 25 Civ. 864 (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

On August 25, 2026, the Court ordered the parties to file, by September 2, 2026, letters taking a position regarding whether continued sealing of the settlement agreement in the Colorado action is appropriate. Dkt. 74. Although Defendant filed such a letter, *see* Dkt. 76, Plaintiff has not. No later than September 8, 2026, Plaintiff must file a letter in accordance with the Court's August 25 Order.

SO ORDERED.

Dated: September 3, 2026
New York, New York

JOHN P. CRONAN
United States District Judge