intact INSURANCE specialty solutions

U.S. Coverage Team

September 4, 2026

***Via ECF and Electronic Mail (CronanNYSDChambers@nysd.uscourts.gov)***

Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: *Homeland Ins. Co. Of Delaware v. Deborah O'Hara-Rusckowski*
Case No. 1:25-cv-00864

Dear Judge Cronan:

On behalf of Plaintiff Homeland Insurance Company of Delaware ("Homeland"), we write pursuant to Your Honor's Orders dated August 25, 2026 [Dkt. 74] and September 3, 2026 [Dkt. 77]. Homeland apologizes for overlooking the requirement in the August 25 Order that Homeland provide its position regarding the unsealing of the underlying settlement agreement. Homeland has no objection to the unsealing of the settlement agreement.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

Christian P. Jones (admitted pro hac vice)
*Lead Coverage Litigation Counsel*
cjones@intactinsurance.com
(781) 332-7201

cc: All Counsel of Record (Via ECF)

The Clerk of Court is respectfully directed to unseal the filings at Docket Numbers 51, 52, 54, 61, 62, 67, 68, and 71, and to terminate the motions at Docket Numbers 59, 66, and 70.

SO ORDERED
September 4, 2026

JOHN P. CRONAN
United States District Judge