ReedSmith
Driving progress
through partnership

**Mark E. Bini**
Direct Phone: +1 212 549 0296
Email: mbini@reedsmith.com

**Christopher R. Mosley**
Direct Phone: +1 303 552 3818
Email: cmosley@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

October 14, 2026

**By ECF and Electronic Mail (*CronanNYSDChambers@nysd.uscourts.gov*)**

Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

The parties' deadline to file their joint status letter is extended until November 16, 2026. The Clerk of Court is respectfully directed to close Dkt. 80.

SO ORDERED.
October 15, 2026

JOHN P. CRONAN
United States District Judge

Re: *Homeland Insurance Company of Delaware v. Deborah O'Hara-Rusckowski*, Case No. 1:25-cv-00864

Dear Judge Cronan:

We represent Defendant Deborah O'Hara-Rusckowski ("O'Hara-Rusckowski") in the above-referenced matter. We write, pursuant to Section 3.B of Your Honor's Individual Practices, to respectfully request that this Court extend the time for the Parties[1] to file their joint status letter from October 16, 2026 to November 16, 2026. We request this extension to allow us additional time to consult with our client about adding another party to this litigation. This is the first extension request.

O'Hara-Rusckowski has requested the extension of time and counsel for Homeland has consented to same. The extension will not affect any other scheduled dates or deadlines because no other dates or deadlines have been scheduled by this Court.

Thank you in advance for Your Honor's consideration of and attention to this request.

Respectfully submitted,

/s/ Chris Mosley
Christopher R. Mosley (admitted *pro hac vice*)
Mark E. Bini

cc: All Counsel of Record (*Via ECF*)

[1] "Parties" refers to O'Hara-Rusckowski and Plaintiff Homeland Insurance Company of Delaware ("Homeland"), collectively.